IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01798-WJM-KLM

KELSIE BURTON,

    Plaintiff,

v.

CENTURY PARK ASSOCIATES LLC,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Clarify Scheduling Order** [#25] (the "Motion"). The parties have jointly submitted an Amended Scheduling Order that incorporates the undersigned's interlineations on the original Scheduling Order [#23] and corrects one factual error identified after the original Scheduling Order was entered.

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Amended Scheduling Order [#25] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: November 26, 2013