IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01798-WJM-KLM

KELSIE BURTON,

    Plaintiff,

v.

CENTURY PARK ASSOCIATES LLC,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Accept Second Amended Scheduling Order** [#29] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED**. The Second Amended Scheduling Order [#29-1] is accepted for filing as of the date of this Minute Order.

    Dated: December 17, 2013