IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01798-WJM-KLM

KELSIE BURTON,

    Plaintiff,

v.

CENTURY PARK ASSOCIATES LLC,

    Defendant.

---

## MINUTE ORDER

---

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Plaintiff's **Unopposed Motion for Protective Order** [#33] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#33-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: March 10, 2014